FILED/ENDORSED

1   **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2   Name  EGGMAN    DAVID    J.
              (Last)              (First)              (Initial)

3   Prisoner Number   F-72560

4   Institutional Address   CTF   HWY 101 N,  P.O. BOX 686
5                           SOLEDAD, Ca.  93960-0686

6   ================================================

7   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**

8   DAVID  JAMES   EGGMAN  JR.
    (Enter the full name of plaintiff in this action.)           CV  08        2888

9                                              )
                        vs.                    )   Case No. _____
10                                             )   (To be provided by the clerk of court)
    B. CURRY                                   )
11                                             )   **PETITION FOR A WRIT**
    WARDEN   CTF                               )   **OF HABEAS CORPUS**
12                                             )
    HWY 101 N. P.O. BOX 686                    )
13                                             )   E-filing          RMW
    SOLEDAD, Ca. 93960-0686                    )
14  (Enter the full name of respondent(s) or jailor in this action)                    (PR)
                                               )
15

16  ================================================
                 Read Comments Carefully Before Filling In

17  When and Where to File

18       You should file in the Northern District if you were convicted and sentenced in one of these

19  counties:  Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were **not** convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located.  If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined.  Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1    <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are.  This usually means the Warden or

3    jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5    respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10   <u>A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11       1.  What sentence are you challenging in this petition?

12           (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14                 SACRAMENTO COUNTY SUPERIOR COURT    SACRAMENTO, CA.

15                 Court                       Location

16           (b)    Case number, if known  34470 - 06F01554

17           (c)    Date and terms of sentence MAR, 9TH, 2007    12YRS @ 85%

18           (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)       Yes  X     No _____

20                 Where?

21                 Name of Institution: CORRECTIONAL TRAINING FAC.

22                 Address: HWY 101 N. P.O. BOX 686  SOLEDAD, CA.
                                              93960-0686

23       2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24   more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25   challenging more than one sentence, you should file a different petition for each sentence.)

26   192(a) P.C. VOLUNTARY MANSLAUGHTER, AND

27   245(a)(1) P.C. ASSAULT WITH A DEADLY

28   WEAPON.

1    3. Did you have any of the following?

2        Arraignment:                          Yes __X__        No _____

3        Preliminary Hearing:                  Yes __X__        No _____

4        Motion to Suppress:                   Yes _____        No _____

5    4. How did you plead?

6        Guilty _____    Not Guilty _____    Nolo Contendere __X__

7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury _____      Judge alone _____    Judge alone on a transcript _____

10   6. Did you testify at your trial?                    Yes _____        No _____

11   7. Did you have an attorney at the following proceedings:

12       (a)    Arraignment                    Yes __X__        No _____

13       (b)    Preliminary hearing            Yes __X__        No _____

14       (c)    Time of plea                   Yes __X__        No _____

15       (d)    Trial                          Yes _____        No _____

16       (e)    Sentencing                     Yes __X__        No _____

17       (f)    Appeal                         Yes _____        No _____

18       (g)    Other post-conviction proceeding   Yes _____    No _____

19   8. Did you appeal your conviction?                   Yes _____        No __X__

20       (a)    If you did, to what court(s) did you appeal?

21              Court of Appeal                Yes _____        No _____

22              Year: _____    Result: _____

23              Supreme Court of California    Yes _____        No _____

24              Year: _____    Result: _____

25              Any other court                Yes _____        No _____

26              Year: _____    Result: _____

27

28       (b)    If you appealed, were the grounds the same as those that you are raising in this

petition?                                              Yes _____    No_____

(c)    Was there an opinion?                           Yes _____    No_____

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

                                                       Yes _____    No ✗

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?          Yes _____    No ✗

    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.    Name of Court: _____

          Type of Proceeding: _____

          Grounds raised (Be brief but specific):

          a. _____

          b. _____

          c. _____

          d. _____

          Result: _____ Date of Result: _____

    II.   Name of Court: _____

          Type of Proceeding: _____

          Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1        a._____

2        b._____

3        c._____

4        d._____

5        Result: _____Date of Result:_____

6    III.   Name of Court: _____

7        Type of Proceeding: _____

8        Grounds raised (Be brief but specific):

9        a._____

10       b._____

11       c._____

12       d._____

13       Result: _____Date of Result:_____

14    IV.   Name of Court: _____

15       Type of Proceeding: _____

16       Grounds raised (Be brief but specific):

17       a._____

18       b._____

19       c._____

20       d._____

21       Result: _____Date of Result:_____

22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                    Yes \_\_\_\_\_    No \_✗\_

24       Name and location of court: _____

25  **B. GROUNDS FOR RELIEF**

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: AM BEING THREATENED TO BE TRANS-PORTED TO AN OUT OF STATE FACILITY AG--AINST MY WELL.

Supporting Facts: I WAS CONTACTED BY THE COR--RECTIONAL COUNSELOR AND CLASSIFICAT--ION COMMITTEE AND TOLD THAT I WAS GOING TO BE SENT TO AN OUT OF

Claim Two: THE UNIT CLASSIFICATION COM--MITTEE HAS IGNORED MY PROTESTS

Supporting Facts: ON 5/21/08 I FILED A C.D.C FORM 602 PROTESTING MY TRANS--FER. THE 602 IS A FORMAL INMATE APPEALS FORM UTILIZED TO APPEAL

Claim Three: I PLEAD TO CHARGES THAT OCCURED WITHIN THE STATE OF Ca.

Supporting Facts: THE PLEA I GAVE IN SACRAM--ENTO COUNTY ON THE CHARGES IM CURRENTLY INCARCERATED FOR, WAS FOR A SENTENCE TO BE CAR-

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

THE ACT OF SHIPPING ME OUT OF STATE IS TANTAMOUNT TO THE IMPOSITION OF A SENTENCE WHICH I DID NOT AGREE TO, IT ADDS

PET. FOR WRIT OF HAB. CORPUS          - 6 -

## CLAIM 1 (SUPPORTING FACTS)

STATE FACILITY TO COMPLETE MY SENTENCE. THERE ARE FACILITIES IN ARIZONA, MISSISSIPPI, AND TENNESSEE CONTRACTED BY CALIFORNIA TO HOUSE PRISONERS DUE TO THE EXTREMELY OVERCROWD- -ED CONDITIONS.

## CLAIM 2 (SUPPORTING FACTS)

ALL ADVERSE ACTIONS TAKEN ON AN IN- -MATE, WITHOUT RECOGNITION OF THEIR DEPARTMENTALLY MANDATED APPEALS PRO- -CESS, ON 5/22/08 THE U.C.C. FORMALLY EN- -DORSED ME TO AN OUT OF STATE FAC- -ILITY.

## CLAIM 3 (SUPPORTING FACTS)

-RIED OUT IN THE CUSTODY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS. CONTAINED WITHIN THE LANGUAGE OF THE PLEA BAR- -GAIN, AS WELL AS THE SENTENCE, IS THE IMPLIED PROMISE THAT ANY SEN- -TENCE IS TO BE SERVED WITHIN THE STATE OF CALIFORNIA.

1

2     List, by name and citation only, any cases that you think are close factually to yours so that they
are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3     of these cases:

4     AN  UNDUE  BURDEN  TO  MY  FAMILY

5     AND  CONSTITUTES  AN  INCREASE

6     TO  THE  SENTENCE  I  AGREED  TO

7     Do you have an attorney for this petition?              Yes_____    No_ X

8     If you do, give the name and address of your attorney:

9     _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on __5/22/08__              _David Egmall_ JR

14                 Date                    Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS              - 7 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, DAVID EGGMAN JR. , declare:

I am over 18 years of age and a party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY Prison,

in the county of MONTERREY

State of California. My prison address is: HWY 101 N. P.O. BOX 686
SOLEDAD, Ca. 93960-0686 .

On 5/23/08 ,
(DATE)

I served the attached: WRIT OF HABEAS CORPUS
AND APP. TO PROCEED IN FORMA PAUPERS
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 5/22/08     David Eggman JR
(DATE)     (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1



DAVID-JAMES-EGGMAN JR.
K2560. CTF NORTH. LB219 UP
P.BOX.705 Soledad
93960

Legal

Clerk of the United States District
Northern District of Cali
450 Golden Gate Avenue,
P.O. Box 36060
San Francisco, CA 94102