**E-filing**

FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW
(PR)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAVID J. EGGMAN JR )
　　　　　　Plaintiff, )  CV 08  2888
vs. )
 ) **PRISONER'S**
 ) **APPLICATION TO PROCEED**
 ) **IN FORMA PAUPERIS**
 )
　　　　　　Defendant. )

I, DAVID EGGMAN JR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___  Net: ___0___

Employer: __CURRENTLY INCARCERATED__

PIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or                Yes ___ No _X_
10        self employment
11   b.   Income from stocks, bonds,             Yes ___ No _X_
12        or royalties?
13   c.   Rent payments?                         Yes ___ No _X_
14   d.   Pensions, annuities, or                Yes ___ No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments,     Yes ___ No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                        Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $_____
Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: ___Ø_____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ___ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?
Rent: $____Ø_____ Utilities: _____
Food: $_____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 3 -

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

___

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/22/08             David Eggman -JR.
DATE                SIGNATURE OF APPLICANT