***E-FILED - 7/25/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JAMES EGGMAN, | ) | No. C 08-2888 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL WITHOUT PREJUDICE; DENYING INCOMPLETE MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| B. CURRY, | ) | |
| Respondent. | ) | (Docket No. 2) |

Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on June 9, 2008. On that same day, the court sent a notification to petitioner informing him that his in forma pauperis application was incomplete because he failed to include a copy of a certificate of funds signed by an authorized prison officer and a trust account statement showing transactions for the prior six months. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. Petitioner's incomplete in forma

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Eggman888disifp    1

1  pauperis motion (docket no. 2) is DENIED.
2      The clerk shall terminate any pending motions and close the file.
3      IT IS SO ORDERED.
4  DATED: 7/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Eggman888disifp         2