*E-FILED - 7/25/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JAMES EGGMAN, | ) | No. C 08-2888 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| B. CURRY, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
U.S. DISTRICT JUDGE

Judgment
P:\pro-se\sj.rmw\hc.08\Eggman888jud         1